the appeal and be ready for argument on April 16, 1920. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. HAROLD McCORD, Respondent, v. THE BOARD OF SUPERVISORS OF ORANGE COUNTY, Appellant.— Motion denied, without costs, on condition that appellant perfect the appeal and be ready for argument on April 16, 1920. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

ANNA ROSENBLATT, Respondent, v. LOUIS ROSENBLATT, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JOSEPH ROSSO, an Infant, etc., Respondent, v. BENJAMIN SEL and LEON LANROWITZ, Appellants.— Motion denied upon condition that appellants pay ten dollars costs, perfect the appeal, place the cause on the May calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

EMELINE SALISBURY, Appellant, v. JOHN SALISBURY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, with leave, however, to appellant to move to reinstate the appeal upon showing merit. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaxcox, JJ.

JACOB SILFEN and LENA SILFEN, Respondents, v. SADIE ELLMAN, Appellant, and Others, Defendants.— Motion denied on condition that the appeal be perfected, and case brought on for argument on Friday, April 16, 1920. All papers recited in the order appealed from should be included in the appeal papers. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

CHARLES S. SOFIELD and Another, Respondents, v. W. BECKERS ANILINE AND CHEMICAL WORKS, INC., Appellant.— Motion denied on condition that appellant perfect the appeal, place the cause on the May calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaxcox, JJ.

CHARLES H. STODDARD, Appellant, v. ELLEN SOMERVILLE EDWARDS, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

ELMER G. STORY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaxcox, JJ. Settle order on notice.

DAVID L. WHITMORE, etc., Appellant, v. NEW YORK INTER-URBAN WATER COMPANY, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

WILLIAM ZINKE and DIEDRICH RUNGE, Copartners, etc., Respondents, v. JOHN C. HIPKINS, Appellant, and Another, Defendant.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.